CALVIN SPAMAN, Appellant, v. GERALDINE SPAMAN, Respondent.— Appeal from an order entered in St. Lawrence County Clerk's Office November 18, 1948, which made an allowance to defendant wife for counsel fees and expenses on appeal. Order unanimously affirmed, without costs. Present — Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ .

CALVIN SPAMAN, Respondent, v. GERALDINE SPAMAN, Appellant.— Appeal by defendant from an interlocutory judgment of divorce rendered against her after trial before Official Referee Lawrence. The evidence sustains the findings and no prejudicial error was committed upon the trial. It satisfactorily appears that plaintiff's amendment of the complaint and bill of particulars, as to the year the offense found was committed, was allowed. Although the trial record shows this to have been irregularly accomplished it is manifest it worked no

prejudicial surprise to defendant. Judgment unanimously affirmed, without costs. Present — Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ.